[No. 18554.  *En Banc.*  June 29, 1926.]

WASHINGTON STATE REALTY COMPANY, *Respondent*, v. PAUL SAAD
et al., *Appellants*.[1]

Appeal from a judgment of the superior court for Spokane county,
Charles P. Lund, judge *pro tempore*, entered October 18, 1923, in
favor of the plaintiff, in an action to reform a contract, tried to the
court. Dismissed.

*Allen, Winston & Allen*, for appellants.
*Post, Russell & Higgins*, for respondent.

PER CURIAM—This cause was first heard before a Department of
this court, a majority of which rendered an opinion directing a
reversal of the judgment entered in the court below. (134 Wash.
530, 236 Pac. 85.) Before the direction became effective, a petition
for re-hearing was granted and the cause was assigned for re-
argument before the court *En Banc*. Pending the re-argument the
parties, by mutual agreement, settled their differences, and stipu-
lated for a dismissal of the cause without costs to either party.

The order of the court is that the Department opinion be with-
drawn, and the cause dismissed, in accordance with the stipulation,
without the expression of an opinion on the merits of the cause.

---

[No. 19980.  Department Two.  June 30, 1926.]

THE STATE OF WASHINGTON, *on the Relation of B. T. Woods, Realtor,*
v. THE SUPERIOR COURT FOR KING COUNTY, *Charles P.
Moriarty, Judge, Respondent.*[2]

Certiorari to review an order of the superior court for King
county, Moriarty, J., entered April 27, 1926, upon quashing sub-
poenas in an action. Denied.

*Leopold M. Stern* and *Clarence L. Gere*, for realtor.
*Hartge & Cadwallader*, for respondent.

PER CURIAM.—Certiorari is denied for the reason that the order
quashing the subpoenas is a final order, in that it disposed of the
attempt to compel the witness to appear, and there remained nothing
more to be done in this regard. There was a remedy by appeal,
which would be plain, speedy and adequate.

Writ denied.

[1]Reported in 247 Pac. 10.
[2]Reported in 247 Pac. 457.